UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PABLO CAMPAZ HURTADO,

    Petitioner,

v.                                         CASE NO. 8:11-CV-42-T-30EAJ
                                         CRIM. CASE NO. 8:04-CR-475-T-30EAJ

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER**

Before the Court are Petitioner's construed motion for a certificate of appealability ("COA") filed pursuant to 28 U.S.C. §2253[1] (CV Dkt. 5), *see Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997), and motion for leave to proceed on appeal *in forma pauperis* (CV Dkt. 6).

The Court found that Petitioner's § 2255 motion was time-barred (CV Dkt. 3). To merit a COA, Petitioner must show that reasonable jurists would find debatable both (1) the merits of the underlying claims and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 478 (2000); *Eagle v. Linahan*, 279 F.3d 926,

---

[1] "[I]n . . . a proceeding under section 2255 . . , the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held. . . . (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from -- . . .(B) the final order in a proceeding under section 2255. . . . (2) A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c).

935 (11th Cir 2001). Because the § 2255 motion is time-barred, and Petitioner has failed to make a sufficient showing of the "extraordinary circumstances" required to warrant equitable tolling of the limitations period, Petitioner has failed to satisfy the second prong of the *Slack* test. 529 U.S. at 484. Therefore, Petitioner has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c).

ACCORDINGLY, the Court **ORDERS** that:

1. Petitioner's construed motion for a certificate of appealability (CV Dkt. 5) is **DENIED**.

2. Petitioner's motion for leave to proceed on appeal *in forma pauperis* (CV Dkt. 6) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on June 13, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
Petitioner *pro se*